IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BIENVENIDO FRANCO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) | Civ. No.: 07 CV 3956 |
| v. | ) | (JS/AKT) |
| | ) | |
| IDEAL MORTGAGE BANKERS, LTD. d/b/a LEND AMERICA, INC., MICHAEL ASHLEY, TIMOTHY MAYETTE, HELENE DECILLIS, MICHAEL PRIMEAU, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION IN LIMINE NO. 3**

Plaintiffs respectfully move this Honorable Court to exclude the following evidence.

Plaintiffs move to exclude any evidence, arguments or instruction concerning affirmative defenses not raised by Defendants. Generally, if a party fails to raise an affirmative defense in its pre-trial order, the party waives its right to assert the issue at trial. *E.g., Lutnick v. New York City Health & Hospitals Corp.*, 1994 WL 704804, at *2 (S.D.N.Y. Dec. 16, 1994). For example, while Defendant Ashley has pled that Plaintiffs are purportedly "exempt" from the requirements of the FLSA (*See* D.E. 156 at 5), he has failed to identify any specific exemption. As stated by one court, "[t]he argument an employer need only plead that its employees are exempt from the FLSA's overtime provisions to preserve all conceivable exemptions is contrary to the pleading standards announced by the Supreme Court in *Bell Atlantic Corp. v. Twombly* and *Ashcroft v. Iqbal,* which deem 'formulaic' or '[t]hreadbare' recitals of the elements of a claim inadequate

1

under Rule 8 of the Federal Rules of Civil Procedure." *Ahle v. Veracity Research Co.*,

738 F.Supp.2d 896, 923 (D.Minn. Aug . 25, 2010) (citations omitted).


Dated:  July 15, 2013                                    Respectfully Submitted,


                                                         */s/ James B. Zouras*
                                                         James B. Zouras
                                                         Ryan F. Stephan
                                                         (Admitted Pro Hac Vice)
                                                         STEPHAN ZOURAS, LLP
                                                         205 North Michigan Avenue
                                                         Suite 2560
                                                         Chicago, IL 60601
                                                         (312) 233-1550
                                                         (312) 233-1560 (Fax)

                                                         Erik H. Langeland
                                                         ERIK H. LANGELAND, P.C.
                                                         500 Fifth Avenue, Suite 1610
                                                         New York, NY 10110
                                                         Phone: (212) 354-6270
                                                         Fax: (212) 898-9086
                                                         elangeland@langelandlaw.com

                                                         **COUNSEL FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS'**

**MOTION IN LIMINE NO. 3** was served upon the following parties via this Court's

ECF filing system, this 15th day of July, 2013:


        Robert H. Weiss
        26S Stonywell Court
        Dix Hills, New York 11746
        Roberthw119@msn.com

        Erik H. Langeland
        Erik H. Langeland, P.C.
        500 Fifth Avenue, Suite 1610
        New York, New York 10110
        Elangeland@langelandlaw.com

And, electronically mailed the above mentioned on this 15th day of July, 2013 to

the following address:


        Helene DeCillis
        hdecillis@gmail.com


                                          */s/ James B. Zouras*
                                          James B. Zouras