IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIENVENIDO FRANCO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> IDEAL MORTGAGE BANKERS, LTD. d/b/a LEND AMERICA, INC., MICHAEL ASHLEY, TIMOTHY MAYETTE, HELENE DECILLIS, MICHAEL PRIMEAU, <br><br> Defendants. | Civ. No.: 07 CV 3956 <br> (JS/AKT) |

### PLAINTIFFS' MOTION IN LIMINE NO. 4

Plaintiffs respectfully move this Honorable Court to exclude the following evidence:

Any evidence regarding any Plaintiff's employment with any employers other than Defendants. Discussion of the specific circumstances of any Plaintiff's employment with any other employer is not relevant to the issues in this case. The introduction of such evidence would consume considerable court time and would have little, any, probative value under Fed.R.Evid. 401. Additionally, the introduction of such evidence runs the risk of creating undue prejudice in violation of Fed.R.Evid. 403.

Dated: July 15, 2013                Respectfully Submitted,

*/s/ James B. Zouras*
James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601

1

(312) 233-1550
(312) 233-1560 (Fax)

Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS' MOTION IN LIMINE NO. 4** was served upon the following parties via this Court's ECF filing system, this 15th day of July, 2013:

>Robert H. Weiss
>26S Stonywell Court
>Dix Hills, New York 11746
>Roberthw119@msn.com
>
>Erik H. Langeland
>Erik H. Langeland, P.C.
>500 Fifth Avenue, Suite 1610
>New York, New York 10110
>Elangeland@langelandlaw.com

And, electronically mailed the above mentioned on this 15th day of July, 2013 to the following address:

>Helene DeCillis
>hdecillis@gmail.com

/s/ *James B. Zouras*
James B. Zouras