IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIENVENIDO FRANCO, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) ) IDEAL MORTGAGE BANKERS, LTD. d/b/a ) LEND AMERICA, INC., MICHAEL ASHLEY, ) TIMOTHY MAYETTE, HELENE DECILLIS, ) MICHAEL PRIMEAU, ) ) Defendants. ) | Civ. No.: 07 CV 3956 (JS/AKT) |

## PLAINTIFFS' MOTION IN LIMINE NO. 5

Plaintiffs respectfully move this Honorable Court to exclude any evidence concerning any Defendant's ability to pay a judgment and/or the financial effects a judgment against any Defendant would have on themselves, their family, business, operations or insurance rates. Such testimony could be used by a Defendant to attempt to inflame the jury or to create sympathy for themselves. Such evidence or testimony is irrelevant under Fed.R.Evid. 401 and 402. Even assuming, *arguendo*, that it were relevant, this sort of testimony or other evidence evidence should be precluded on the grounds of prejudice, confusion, and/or waste of time pursuant to Fed.R.Evid. 403. For the same reasons, the Court should preclude any evidence concerning any bankruptcy filings.

Dated: July 15, 2013

Respectfully Submitted,

*/s/ James B. Zouras*
James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)

1

STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 (Fax)

Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS' MOTION IN LIMINE NO. 5** was served upon the following parties via this Court's ECF filing system, this 15th day of July, 2013:

>Robert H. Weiss
>26S Stonywell Court
>Dix Hills, New York 11746
>Roberthw119@msn.com
>
>Erik H. Langeland
>Erik H. Langeland, P.C.
>500 Fifth Avenue, Suite 1610
>New York, New York 10110
>Elangeland@langelandlaw.com

And, electronically mailed the above mentioned on this 15th day of July, 2013 to the following address:

>Helene DeCillis
>hdecillis@gmail.com

/s/ *James B. Zouras*
James B. Zouras