IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIENVENIDO FRANCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IDEAL MORTGAGE BANKERS, LTD. d/b/a LEND AMERICA, INC., MICHAEL ASHLEY, TIMOTHY MAYETTE, HELENE DECILLIS, MICHAEL PRIMEAU,<br><br>Defendants. | Civ. No.: 07 CV 3956<br>(JS/AKT) |

### PLAINTIFFS' MOTION IN LIMINE NO. 6

Plaintiffs respectfully move this Honorable Court to exclude the following evidence:

Any evidence that Defendants' pay practices conform with industry customs or standards. Such evidence is patently irrelevant and inadmissible for any purpose. Fed. R. Evid. 401-402; *Alvarado v. Corporate Cleaning Service, Inc.*, 2011 WL 2135057, at *2-3 (N.D. Ill. May 27, 2011).

Dated: July 15, 2013

Respectfully Submitted,

/s/ *James B. Zouras*
James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 (Fax)

1

Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS' MOTION IN LIMINE NO. 6** was served upon the following parties via this Court's ECF filing system, this 15th day of July, 2013:

> Robert H. Weiss
> 26S Stonywell Court
> Dix Hills, New York 11746
> Roberthw119@msn.com
>
> Erik H. Langeland
> Erik H. Langeland, P.C.
> 500 Fifth Avenue, Suite 1610
> New York, New York 10110
> Elangeland@langelandlaw.com

And, electronically mailed the above mentioned on this 15th day of July, 2013 to the following address:

> Helene DeCillis
> hdecillis@gmail.com

/s/ *James B. Zouras*
James B. Zouras