IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIENVENIDO FRANCO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> IDEAL MORTGAGE BANKERS, LTD. d/b/a LEND AMERICA, INC., MICHAEL ASHLEY, TIMOTHY MAYETTE, HELENE DECILLIS, MICHAEL PRIMEAU, <br><br> Defendants. | Civ. No.: 07 CV 3956 <br> (JS/AKT) <br><br> ORDER |

## CONSENT JUDGMENT

NOW COME Plaintiff BIENVENIDO FRANCO, Individually and on Behalf of All Others Similarly Situated and Defendant MICHAEL ASHLEY, and hereby state and agree as follows:

1. Plaintiff, on behalf of himself and 302 loan officers who have filed opt-consent forms ("Plaintiffs") asserts claims for unpaid regular and overtime wages for violations of the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.* ("FLSA") under a three-year statute of limitations.

2. The Parties hereby agree to entry of a consent judgment as follows: Judgment is hereby entered against Defendant Michael Ashley and in favor of Plaintiffs for their claims for unpaid regular and overtime wages for violations of the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.* ("FLSA") in the sum of $15,200,000.00 under a three-year statute of limitations.

Dated: November 30, 2017               Respectfully Submitted,

                                       */s/ James B. Zouras*
                                       James B. Zouras

1

Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 (Fax)
jzouras@stephanzouras.com

Erik H. Langeland
The Law Offices of Erik H. Langeland
733 3rd Avenue, 15th Floor
New York, NY 10017
(212) 354-6270
(212) 898-9086 (Fax)
elangeland@langelandlaw.com

**COUNSEL FOR PLAINTIFFS**

*/s/ Robert H. Weiss*
ROBERT H. WEISS
265 Stonywell Court
Dix Hills, NY  11746
(516) 983-7560
roberthw119@msn.com

**COUNSEL FOR MICHAEL ASHLEY**

Dated: Dec. 14, 2017

So Ordered:
/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.